JOHNSON et al. v. ATLAS IMP. CO. et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Albert L. Johnson and others against the Atlas Improvement Company and others. No opinion. Motion granted, so far as to dismiss appeal, without costs.

JOHNSON, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Ray Johnson against James C. Fargo, as president, etc. .PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals.

JOHNSTON v. MUTUAL RESERVE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Henry P. C. Johnston against the Mutual Reserve Life Insurance Company. No opinion. Motion granted.

JONES, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Actions by Athalia Jones and George E. Jones against the Brooklyn Heights Railroad Company. No opinion. Motions for leave to appeal to the Court of Appeals denied, without costs.

JOURNEAY & BURNHAM, Respondents, v. MUNCH, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Journeay & Burnham against William Munch. No opinion. Judgment of the Municipal Court affirmed, with costs.

JUENGST et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by George Juengst and others against the city of New York. PER CURIAM. Judgment affirmed, with costs, upon the authority of Town of Southeast v. City of New York, 96 App. Div. 598, 89 N. Y. Supp. 630.

KAPLAN v. MIDLAND R. CO. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Abraham J. Kaplan against the Midland Railroad Company. No opinion. Application denied.

KAVANAUGH et al., Appellants, v. COMMONWEALTH TRUST CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Charles H. Kavanaugh, who sues in behalf of himself and others, etc., against the Commonwealth Trust Company of New York and Herbert L. Satterlee, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 967.

KAVANAUGH v. SATTERLEE et al. (Supreme Court, Appellate Division, Third Department. January 13, 1905.) Action by Charles H. Kavanaugh against Herbert L. Satterlee, impleaded with others. PER CURIAM. Motion granted, and question certified as follows: Were the clauses in the complaint stricken out by the order properly stricken out as redundant or irrelevant?

KEELEY, Respondent, v. GLEASON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Louise Keeley against Michael J. Gleason. No opinion. Judgment and order affirmed, with costs.

KEIL v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by John R. Keil, as administrator, etc., against the Delaware, Lackawanna & Western Railroad Company. PER CURIAM. Order affirmed, without costs of this appeal to either party. Held that, the trial court having granted a new trial, unless the plaintiff stipulate to reduce the verdict, we think it ought not to be held that the imposition of such a condition was an abuse of discretion requiring the reversal of said order by this court.

KELLER v. KELLER. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Anna L. Keller against Augustus R. Keller. PER CURIAM. Order affirmed with $10 costs and disbursements. See 91 N. Y. Supp. 528. McLAUGHLIN, J., dissents.

KELLY et al., v. UNITED TRACTION CO. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by Patrick J. Kelly, as administrator, etc., and Sarah Dunne, as administratrix, etc., of Bartholomew Kelly, deceased, against the United Traction Company. No opinion. Motion denied.

KERR, Respondent, v. WALTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Frederick W. Kerr against Harrie T. Walter. No opinion. Appeal from judgment of the Municipal Court dismissed, with costs.